```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12956
   MICHAEL JEROME KINNEY
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4024


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/19/07 and confirmed on 09/27/07.

    2.  The case was dismissed after confirmation, 02/29/2008.

    3.  The Debtor paid a total of $   9000.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE   CURRENT MORTG    7914.78           .00         7914.78
NATIONAL CITY MORTGAGE   MORTGAGE ARRE   27416.80           .00             .00
CAPITAL ONE AUTO FINANCE SECURED VEHIC   10000.00           .00          650.00
LAKEWOOD TRAILS ASSOC    SECURED           370.00           .00             .00
WESTGATE RESORTS         SECURED          1681.46           .00             .00
TIDEWATER FINANCE COMPAN UNSECURED        4317.90           .00             .00
US DEPARTMENT OF EDUCATI UNSECURED        1138.57           .00             .00
CAPITAL ONE AUTO FINANCE UNSECURED        1282.48           .00             .00
WESTGATE RESORTS         UNSECURED       20478.85           .00             .00
CAPITAL ONE BANK         UNSECURED         611.53           .00             .00
ILLINOIS DEPT REVENUE    PRIORITY           78.34           .00             .00
ILLINOIS DEPT REVENUE    UNSECURED          30.00           .00             .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  47383.04       78.34     27859.33         .00      75320.71
PRINCIPAL PAID       8564.78         .00          .00         .00       8564.78
INTEREST PAID            .00         .00          .00         .00            .00
TOTAL PAID           8564.78         .00          .00         .00       8564.78
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3000.00
and was paid $   2980.00   direct and $      .00   through the plan.

The Trustee received $    435.22 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 07/16/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```